FILED

JUL 31 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

Veda Pryor

14769 London Lane

Bowie, Maryland 20715

301-352-7099, 240-286-6094

Case: 1:07-cv-01392
Assigned To : Collyer, Rosemary M.
Assign. Date : 7/31/2007
Description: EMPLOY DISCRIM.

VS.

The Honorable Pete Geren

Acting Secretary of the US Army

101 Army Pentagon

Washington, DC 20310-0101

Robert M. Fano

Chief, Civilian Personnel Law Team

Department of the Army

Office of the Judge Advocate General

1777 North Kent Street

Rosslyn, Virginia 22209-2194

Eugene Johnson

Compensation Specialist

Department of the Army

Field OP Agencies of the OSA

HQDA-CPAC-LMER-Box 37

2511 Jefferson Davis Highway

Arlington, Virginia 22202

RECEIVED

JUN 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**COMPLAINT**

On December 12, 2006, I Veda Pryor (Complainant) entered into a negotiated settlement agreement with the US Department of the Army. On or about February 9, 2007, I had benefits terminated by the Office of Federal Workers Compensations and had been denied a scheduled a scheduled award for a second time.

During the negotiation of the settlement agreement The Office of Federal Workers Compensation was contacted by Mr. Eugene Johnson, Compensation Specialist for the US Department of the Army. In the settlement agreement the provision states that it is not intended to impact any workers compensation claims.

On February 20 and February 26 I filed complaints with US Army Equal Employment Opportunity, Compliance and Complaints Review for the breach of the negotiated settlement agreement, violating regulations and law to "provide restoration to duty for the civil service employees under CFR §353.301." During this period as well as in the pass the Agency and its Representative Robert M. Fano, Civilian Personnel Law Team and Eugene Johnson, Compensation Specialist have recklessly conspired making false allegation in reference to my injury and my claim for compensation to The Office of Federal Workers Compensation, which has place me under emotional duress as well as direct economic hardship. This constitutes direct and personal deprivation in the hands of the Agency.

It is retaliation for an agency to make disparaging remarks about employees EEO activity in responding to an OWCP claim.

At This time I am respectfully requesting a trail by jury and that criminal penalties are imposed on the Agency and individuals.

The relief that I am seeking is compensatory damages in the sum of 280,000.00; 300,000.00 in punitive damages. To be reinstated back to a suitable position closer to my residents to have the opportunity to

continue my fulltime career status, and not receive any continued retaliation or harassment from the Judge Advocate General's Office or US Army Legal Services.

Respectfully submitted,

Veda Pryor

Veda Pryor

14769 London Lane

Bowie, Maryland 20715



**DEPARTMENT OF THE ARMY**
EQUAL EMPLOYMENT OPPORTUNITY
COMPLIANCE AND COMPLAINTS REVIEW
1901 SOUTH BELL STREET, SUITE 109B
ARLINGTON, VA 22202-4508

REPLY TO
ATTENTION OF

03 APR 2007

Equal Employment Opportunity
Compliance and Complaints Review

Ms. Veda Pryor
14769 London Lane
Bowie, Maryland 20715

Complaints of Veda Pryor vs.
Pete Geren, Acting Secretary of the Army
DA Docket Number: ARHQOSA05NOV12283 &
ARHQOSA04FEB0142

Dear Ms Pryor:

This is in response to your letter dated February 20 & 26, 2007, and received in this office on February 27 & 28, 2007 (Enclosure [Encl.] 1) respectively. In these two letters you wished to amend your letter of February 5, 2007, in which you alleged non-compliance of the negotiated settlement agreement (NSA). On March 8, 2007, our office sent you a letter stating our position, which was that we were in compliance with your allegations of February 5, 2007.

In the letter of March 8, 2007, this office further stated that your letter of February 20 & 26, 2007, contained allegations regarding workers' compensation. Because workers' compensation issues do not fall under the purview of EEO, it is not under the scope of this office to address these matters as they would be addressed under the regulations set forth by the Department of Labor guidelines.

Subsequent to the receipt of your letters dated February 20 & 26, 2007, the EEO Office was contacted and requested to provide information and documentation concerning your allegations of noncompliance. In response to this request, Robert Fano, Chief of Civilian Personnel Law, in a memorandum of March 19, 2007 clarified some of these issues for you with attachments from the Department of Labor (See encl. 3).

I direct your attention to the NSA, paragraph 5b, where it states that, "This provision is not intended to impact any workers' compensation claims currently pending before the Department of Labor and to paragraph 8 of the settlement agreement, where it states, "The parties acknowledge that this document represents the complete terms of the Settlement Agreement between them. No other promises or agreements will be binding unless reduced to writing and signed by both parties."

Thus, in response to your assertions regarding workers' compensation discussions not reduced to writing, I cannot infer any agreements other than those written in the NSA.

Pursuant to my authority to decide this matter on behalf of the Acting Secretary of the Army, I find that the activity has complied with the terms of the settlement agreement.

If you are not satisfied with this decision, your appeal rights follow:

**APPEAL RIGHTS FOR NONMIXED COMPLAINTS**

An appeal may be filed with the Equal Employment Opportunity Commission within 30 calendar days of the date of receipt of this decision. The 30-day period for filing an appeal begins on the date of receipt of this decision. An appeal shall be deemed timely if it is delivered in person, transmitted by facsimile or postmarked before the expiration of the filing period or, in the absence of a legible postmark, the appeal is received by the Commission by mail within 5 days after the expiration of the filing period. The complainant will serve a copy of the Notice of Appeal/Petition, EEOC Form 573, to the agency [Deputy for Equal Employment Opportunity Compliance and Complaints Review, Department of the Army, ATTN: SAMR-EO-CCR, 1901 South Bell Street, Suite 109B, Arlington, Virginia 22202-4508] [and furnish a copy to the agency representative at the address on the enclosed Certificate of Service (Encl. 4)] at the same time it is filed with the Commission. In or attached to the appeal to the Commission, the complainant must certify the date and method by which service was made to the agency [Deputy for Equal Employment Opportunity Compliance and Complaints Review].

The complainant may file a brief or statement in support of his/her appeal with the Office of Federal Operations. The brief or statement **must** be filed within 30 calendar days from the date the appeal is filed. The complainant will serve a copy of the brief or statement in support of his/her appeal to the agency [Deputy for Equal Employment Opportunity Compliance and Complaints Review and to the agency representative at the addresses shown above] at the same time the brief or statement is filed with the Commission. The regulation providing for appeal rights is contained in Title 29 of the Code of Federal Regulations, a section of which is reproduced below:

***Section 1614.401 Appeals to the Commission.***

*(a) A complainant may appeal an agency's final action or dismissal of a complaint.*

*(b) An agency may appeal as provided in Section 1614.110(a).*

*(c) A class agent or an agency may appeal an administrative judge's decision accepting or dismissing all or part of a class complaint; a class agent may appeal a final decision on a class complaint; a class member may appeal a final decision on a claim for individual relief under a class complaint; and a class member, a class agent or an agency may appeal a final decision on a petition pursuant to Section 1614.204(g)(4).*

*(d) A grievant may appeal the final decision of the agency, the arbitrator or the Federal Labor Relations Authority (FLRA) on the grievance when an issue of employment discrimination was raised in a negotiated grievance procedure that permits such issues to be raised. A grievant may not appeal under this part, however, when the matter initially raised in the negotiated grievance procedure is still ongoing in that process, is in arbitration, is before the FLRA, is appealable to the MSPB [Merit Systems Protection Board] or if 5 U.S.C. 7121(d) is inapplicable to the involved agency.*

*(e) A complainant, agent or individual class claimant may appeal to the Commission an agency's alleged noncompliance with a settlement agreement or final decision in accordance with Section 1614.504.*

***Section 1614.402 Time for appeals to the Commission.***

*(a) Appeals described in Section 1614.401(a) and (c) must be filed within 30 days of receipt of the dismissal, final action or decision. Appeals described in Section 1614.401(b) must be filed within 40 days of receipt of the hearing file and decision. Where a complainant has notified the EEO Director [Deputy for Equal Employment Opportunity Compliance and Complaints Review] of alleged noncompliance with a settlement agreement in accordance with Section 1614.504, the complainant may file an appeal 35 days after service of the allegations of noncompliance, but no later than 30 days after receipt of the agency's determination.*

*(b) If the complainant is represented by an attorney of record, then the 30-day time period provided in paragraph (a) of this section within which to appeal shall be calculated from the receipt of the required document by the attorney. In all other instances, the time within which to appeal shall be calculated from the receipt of the required document by the complainant.*

***Section 1614.403 How to appeal.***

*(a) The complainant, agency, agent, grievant or individual class claimant (hereinafter appellant) must file an appeal with the Director, Office of Federal*

*Operations, Equal Employment Opportunity Commission, at P.O. Box 19848, Washington, DC 20036, or by personal delivery or facsimile. The complainant should use EEOC Form 573, Notice of Appeal/Petition [copy enclosed], and should indicate what is being appealed.*

*(b) The appellant shall furnish a copy of the appeal to the opposing party [Deputy for Equal Employment Opportunity Compliance and Complaints Review and to the agency representative – addresses shown above] at the same time it is filed with the Commission. In or attached to the appeal to the Commission, the appellant must certify the date and method by which service was made on the opposing party [Deputy for Equal Employment Opportunity Compliance and Complaints Review].*

*(c) If an appellant does not file an appeal within the time limits of this subpart, the appeal shall be dismissed by the Commission as untimely.*

*(d) Any statement or brief on behalf of a complainant in support of the appeal must be submitted to the Office of Federal Operations within 30 days of filing the notice of appeal. Any statement or brief on behalf of the agency in support of its appeal must be submitted to the Office of Federal Operations within 20 days of filing the notice of appeal. The Office of Federal Operations will accept statements or briefs in support of an appeal by facsimile transmittal, provided they are no more than 10 pages long.*

*(e) The agency must submit the complaint file to the Office of Federal Operations within 30 days of initial notification that the complainant has filed an appeal or within 30 days of submission of an appeal by the agency.*

*(f) Any statement or brief in opposition to an appeal must be submitted to the Commission and served on the opposing party within 30 days of receipt of the*
*(g) statement or brief supporting the appeal, or, if no statement or brief supporting the appeal is filed, within 60 days of receipt of the appeal. The Office of Federal Operations will accept statements or briefs in opposition to an appeal by facsimile provided they are no more than 10 pages long.*

***Section 1614.407 Civil action: Title VII, Age Discrimination in Employment Act and Rehabilitation Act.***

*A complainant who has filed an individual complaint, an agent who has filed a class complaint or a claimant who has filed a claim for individual relief pursuant to a class complaint is authorized under Title VII, the ADEA [Age Discrimination in Employment Act] and the Rehabilitation Act to file a civil action in an appropriate United States District Court:*

*(a) Within 90 calendar days of receipt of the final action on an individual or class complaint if no appeal has been filed;*

*(b) After 180 days from the date of filing an individual or class complaint if an appeal has not been filed and final action has not been taken;*

*(c) Within 90 days of receipt of the Commission's final decision on an appeal; or*

*(d) After 180 days from the date of filing an appeal with the Commission if there has been no final decision by the Commission.*

***Section 1614.409 Effect of filing a civil action.***

*Filing a civil action under § 1614.408 or § 1614.409 shall terminate Commission processing of the appeal. If private suit is filed subsequent to the filing of an appeal, the parties are requested to notify the Commission in writing.*

If a civil action is filed and complainant does not have or is unable to obtain the services of a lawyer, the complainant may request the court to appoint a lawyer. In such circumstances as the court may deem just, the court may appoint a lawyer to represent the complainant and may authorize the commencement of the action without the payment of fees, costs, or security. Any such request must be made within the above referenced 90-day time limit for filing suit and in such form and manner as the court may require.

You are further notified that if you file a civil action, you must name the appropriate Department or Agency head as the defendant and provide his or her official title. **DO NOT NAME JUST THE AGENCY OR DEPARTMENT**. Failure to name the head of the Department or Agency or to state her or her official title may result in the dismissal of the case. The appropriate agency is the Department of the Army. The head of the Department of the Army is the Honorable Pete Geren, who is the Acting Secretary of the Army.

**Docket Number**

The docket number identified on page one of this letter should be used on all correspondence.

Sincerely,

Insook Cho

Insook Cho
Acting Deputy for Equal Employment Opportunity
Compliance and Complaints Review

Enclosures

H
07-1392
RMC

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Veda Pryor

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se VP

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

Honorable Pete Geren

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ________
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

AT

Case: 1:07-cv-01392
Assigned To : Collyer, Rosemary M.
Assign. Date : 7/31/2007
Description: EMPLOY DISCRIM.

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
X 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP** FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. *Antitrust***

☐ 410 Antitrust

**☐ B. *Personal Injury/ Malpractice***

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. *Administrative Agency Review***

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil***

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

5

| ☐ G. *Habeas Corpus/ 2255* | ☒ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 2000

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** 0 Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

**DATE** 7/31/07 **SIGNATURE OF ATTORNEY OF RECORD** NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.