**U.S. Department of Justice**
**United States Marshals Service**

---

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Robert M. Fano, Chief, Civ. Personnel
1777 North Kent St.
Rosslyn, Va. 22209-2194

Civil Action, File Number __CA-07-1392 RMC__

__Veda Pryor__
V.
__Hon. Pete Geren, Acting Sec. US Army__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

[...] if you are served on behalf of a corporation, [...] signature your relationship to that entity. If [...] indicate under your signature your authority.

[...] days, you (or the party on whose behalf you [...] plaint in any other manner permitted by law.

[...] behalf you are being served) must answer the [...] by default will be taken against you for the

[...] of Summons and Complaint By Mail was

_ee Bryant_
(MS Official)

:OMPLAINT

>mplaint in the above captioned manner at

**PS Form 3811 (Domestic Return Receipt):**

8-2-07   07-1392 BB

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Robert M. Fano, Chief, Civilian Personnel Law Team
Dept. Of the Army - Office of the Judge Advocate Gen'l
1777 North Kent Street
Rosslyn, VA 22209-2194

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X _Robt N. Fano_  ☐ Agent  ☒ Addressee
B. Received by (Printed Name): Robert Fano
C. Date of Delivery: 8-6-2007
D. Is delivery address different from item 1? ☐ Yes  ☒ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☒ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 5600

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**RECEIVED AUG 1 3 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1777 N. Kent Street
Street Number and Street Name or P.O. Box No.

Rosslyn, VA 22209
City, State and Zip Code

_Robert M. Fano_
Signature

ALLEGED DEFENDANT
Relationship to Entity/Authority to Receive

BY MAIL   8-6-07
Service of Process

August 9, 2007
Date of Signature

Form USM-299 (Rev. 6/95)

Copy 1 - Clerk of Court