UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Veda Pryor

14769 London Lane

Bowie, Maryland 20715

301-352-7099, 240-286-6094

VS.                                    CIVIL ACTION NO. 1:07-CV-01392-RMC

The Honorable Pete Geren

Acting Secretary of the US Army

101 Army Pentagon

Washington, DC 20310-0101

Robert M. Fano

Chief, Civilian Personnel Law Team

Department of the Army

Office of the Judge Advocate General

1777 North Kent Street

Rosslyn, Virginia 22209-2194

Eugene Johnson

Compensation Specialist

Department of the Army

Field OP Agencies of the OSA

HQDA-CPAC-LMER-Box 37

2511 Jefferson Davis Highway

Arlington, Virginia 22202

**RECEIVED**

AUG **1 3** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## **MOTION FOR COURT APPOINTED ATTORNEY**

I, Veda Pryor (Complainant) at this time would like to respectfully request that I have a court appointed Attorney. Currently I cannot afford to pay a legal firm to handle my case, this is due limited income and I have suffered a direct economic hardship. Also due to the nature of my injury and the time frames that are given, I may not be able to keep up the pace.

Respectfully submitted,

*Veda Pryor*
Veda Pryor

14769 London Lane

Bowie, Maryland 20715