**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

07-1392

TO:
Eugene Johnson, Compensation
Specialist Dept. of Army
2511 Jefferson Davis Hgwy
Arlington, Va. 22202

Civil Action, File Number __CA-06-1392 RMC__

Veda Pryor
V.
Hon. Pete Geren, Acting Sec. of Army

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

[...behalf you are being served) must answer the...default will be taken against you for the...Summons and Complaint By Mail was...Official)...MPLAINT...plaint in the above captioned manner at...]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Eugene Johnson, Compensation
Specialist Dept. Of Army
2511 Jefferson Davis Highway
Arlington, VA 22202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Eugene_   ☐ Agent  ☒ Addressee

B. Received by (Printed Name): EUGENE JOHNSON
C. Date of Delivery: 8/13/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 5570

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Signature: _Eugene_
Relationship to Entity/Authority to Receive: ADDRESSEE
Service of Process: CERTIFIED MAIL
Date of Signature: 8/13/07

Form USM-299 (Rev. 6/95)

RECEIVED AUG 20 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

Copy 1 - Clerk of Court