## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VEDA PRIOR**<br>14769 London Lane<br>Bowie, Maryland 20715<br><br>   Plaintiff,<br><br>   v.<br><br>**THE HONORABLE PETE GEREN**<br>**Acting Secretary of the U.S. Army**<br>**101 Army Pentagon**<br>**Washington, D.C. 20310-0101**<br><br>**ROBERT M. FANO**<br>**Chief, Civilian Personnel Law Team**<br>**Department of the Army**<br>**Office of the Judge Advocate General**<br>**1777 North Kent Street**<br>**Rosslyn, Virginia 22209-2194**<br><br>**EUGENE JOHNSON**<br>**Compensation Specialist**<br>**Department of the Army**<br>**Field OP Agencies of the OSA**<br>**HQDA-CPAC-LMER-Box 37**<br>**2511 Jefferson Davis Highway**<br>**Arlington, Virginia 22202**<br><br>   **Defendants.** | Civil Action No. 07-1392 (RMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780