IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VEDA PRYOR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1392 (RMC) |
| ) | |
| THE HONORABLE PETE GEREN ) | |
| Acting Secretary of the Army, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff, Pro Se, brings this case alleging the Army has failed to comply with a negotiated settlement agreement. Defendants respectfully move this Court for a thirty-day enlargement of time through and including November 5, 2007, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due October 5, 2007.

2. Defendants have been diligently working on this matter; however, Defendants need additional time to address the factual and legal claims raised by plaintiff in her Complaint.

3. Special Assistant United States Attorney Brian Baldrate is counsel for the Defendants. His wife is expecting a child the last week in September and he will therefore be away from the office for several weeks.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the first enlargement of time sought in this matter.

6. Plaintiff consents to the enlargement.

For these reasons, defendants request that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney


_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

2

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Appellee's Motion for Enlargement of Time was mailed to counsel for appellant at the address listed below on this ___ day of_____ 2007.

Veda Pryor
14769 London Lane
Bowie, Maryland 20715

 

_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VEDA PRYOR**        ) | |
|           **Plaintiff,**    ) | |
| v.                    ) | Civil Action No. 07-1392 (RMC) |
| **THE HONORABLE PETE GEREN** ) | |
| **Acting Secretary of the Army, et al.** ) | |
|           **Defendants.**   ) | |

**ORDER**

    Upon consideration of Defendants' Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

    **ORDERED** that Defendant's Motion for an Enlargement is **GRANTED**, and it is

    **FURTHER ORDERED** that Defendant shall have up to and including November 5, 2007, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2007.

                                                                                          Rosemary M. Collyer
                                                                                         United States District Judge

Copies to:
Parties via ECF and first class mail