**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____ Columbia _____

TO:
U.S. Attorney General
DOJ 950 Pa. Ave., NW
Washington, D.C. 20530

Civil Action, File Number ___CA-07-1392 RMC___

Veda Pryor
~~Oracle Brown~~
V.

Hon. Pete Geren, Acting Sec. of US Army

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the

BB    07-1392    8-2-07

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
AUG 6   2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☒ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 4984 5594

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

...of Summons and Complaint By Mail was
...MS Official)

COMPLAINT
complaint in the above captioned manner at

and Street Name or P.O. Box No.

Zip Code

**RECEIVED**
AUG 9 – 2007
Relationship to Entity/Authority to Receive
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)