UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **VEDA PRYOR,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1392 (RMC) |
| **PETE GEREN,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

A plaintiff in a civil case generally does not have a constitutional or statutory right to counsel. *See Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). When leave has been granted pursuant to 28 U.S.C. § 1915 for a *pro se* plaintiff to proceed *in forma pauperis*, the judge presiding over the case may appoint an attorney from the Civil Pro Bono Panel to represent him. LCvR 83.11(b)(3). The appointment should be made taking into account the nature and complexity of the action, the potential merit of the *pro se* party's claims, the demonstrated inability of the *pro se* party to retain counsel by other means, and the degree to which the interests of justice will be served by appointment of counsel. *Id*. Upon consideration of Plaintiff's motion to appoint counsel, and in light of the considerations prescribed by the Local Civil Rules, it is hereby

**ORDERED** that Plaintiff's Motion for Appointment of Counsel [Dkt. #5] is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Date: October 26, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge