IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VEDA PRYOR )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE PETE GEREN )<br>Acting Secretary of the Army, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1392 (RMC) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff, Pro Se, brings this case alleging the Army has failed to comply with a negotiated settlement agreement. Defendants respectfully move this Court for a seven-day enlargement of time through and including November 12, 2007, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due November 5, 2007.

2. Defendants have been diligently working on this matter; however, Plaintiff has named Army Personnel in their personal capacity as Defendants in this suit. These individuals have requested representation by the Department of Justice. Those representative requests are still being worked out between the Department of Justice and the named Defendants.

3. Additionally, due to the complicated nature of the Plaintiff's pro se Complaint, the Defendants need more time to address the factual and legal claims raised in her Complaint.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the second enlargement of time sought in this matter.

6. Plaintiff consents to the enlargement.

For these reasons, defendants request that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed Order is included with this Motion.

                                              Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Appellee's Motion for Enlargement of Time was mailed to counsel for appellant at the address listed below on this ___ day of_____ 2007.

Veda Pryor
14769 London Lane
Bowie, Maryland 20715

_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VEDA PRYOR**                                )<br>                                                           )<br>           **Plaintiff,**                          )<br>                                                           )<br>   v.                                                    )<br>                                                           )<br>**THE HONORABLE PETE GEREN**  )<br>**Acting Secretary of the Army, et al.**  )<br>                                                           )<br>           **Defendants.**                      )<br>                                                           ) | **Civil Action No. 07-1392 (RMC)** |

**ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

**ORDERED** that Defendant's Motion for an Enlargement is **GRANTED**, and it is

**FURTHER ORDERED** that Defendant shall have up to and including November 12, 2007, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2007.

_____
Rosemary M. Collyer
United States District Judge

Copies to:
Parties via ECF and first class mail