UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VEDA PRYOR** | ) |
| **Plaintiff** | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-01392-(RMC) |
| **THE HONORABLE PETE GEREN** | ) |
| Acting Secretary of the Army, et al. | ) |
| | ) |
| | ) |

**RECEIVED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION TO REQUEST ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND IN THE ALTERNATIVE, MOTION TO TRANSFER

I, Veda Pryor (Plaintiff) at this time would like to respectfully request an extension of time to respond to the above mentioned caption up to and including December 14, 2007. Currently I am under doctor's care which has me totally incapacitated. On December 5, 2007, Mr. Brian Baldrate, Special Assistant U.S. Attorney verbally agreed to the enlargement of time.

Respectfully submitted,

*Veda Pryor* (signature)
Veda Pryor

14769 London Lane

Bowie, Maryland 20715

301-352-7099

December 7, 2007

## CERTIFCATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of time was fax and/or mailed to the courts and counsel at the addresses listed below on this 5th day of December, 2007. Clerk's Office

US District Court

For The District of Columbia

333 Constitutions Ave, NW

Washington, DC 20001


Mr. Brian C. Baldrate

Special Assistant U.S. Attorney

555 Fourth Street, N.W.,

Washington, D.C. 20530

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VEDA PRYOR** | ) |
| **Plaintiff** | ) |
| v. | ) **CIVIL ACTION NO. 1:07-CV-01392-(RMC)** |
| **THE HONORABLE PETE GEREN** | ) |
| Acting Secretary of the Army, et al. | ) |
| | ) |

## ORDER

Upon consideration of the Plaintiff's Motion for an Enlargement of time to Respond to the Defendant's Motion to Dismiss and in the Alternative, Motion to Transfer, and the entire record of this case, it is hereby

**ORDERED** that the Plaintiff's Motion of an Enlargement is **GRANTED**, and it is

**FURTHER ORDERED** that the Plaintiff shall have up to and including December 14, 2007, to answer and respond to the Defendant's Motion to Dismiss, and the Alternative Motion to Transfer.

Dated this_____day of_____, 2007

_____

Rosemary M. Collyer

United States District Judge

Copies to:

Parties via Fax and first class mail

Clerk's Office

US District Court

For The District of Columbia

333 Constitutions Ave, NW

Washington, DC 20001


Mr. Brian C. Baldrate

Special Assistant U.S. Attorney

555 Fourth Street, N.W.,

Washington, D.C. 20530

202-353-9895