UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VEDA PRYOR  
14769 London Lane  
Bowie, Maryland 20715  
    Plaintiff,  

v.  

THE HONORABLE PETE GEREN,  
Secretary of the Army  
101 Army Pentagon  
Washington, D.C. 20310  
and  

ROBERT M. FANO  
Chief, Civilian Personnel Law Team  
Department of the Army  
Office of the Judge Advocate General  
1777 North Kent Street  
Rosslyn, Virginia 22209-2194  
and  

EUGENE JOHNSON  
Compensation Specialist  
Department of the Army  
Field OP Agencies of the OSA  
HQDA-CPAC-LMER-Box 37  
2511 Jefferson Davis Highway  
Arlington, Virginia 22202  
    Defendants.  

Civil Action No.:1:07-CV-01392-RMC

## REQUEST TO TRANSFER

I, Veda Pryor (Complainant) respectfully request this Court to Transfer my case to the United States Court of Federal Claims in the interest of justice and fairness. I also request that my case in this Court be dismissed without prejudice.

Respectfully submitted,

*Veda Pryor*  
Veda Pryor

RECEIVED  
MAY 0 8 2008  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I have fax/mailed a copy of this Request to Transfer, first class mail, postage prepaid, to the following:

Jeffrey A. Taylor, Esquire
Rudolph Contreras, Esquire
Brian C. Baldrate, Esquire
Office of United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

_____
**Veda Pryor**